IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRANDY ACALEY, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) Case No. 1:21-cv-00792 |
| v. | ) ) Hon. Jorge L. Alonso |
| ECOATM, LLC, | ) ) |
| Defendant. | ) |

**STIPULATION TO STAY CASE IN FAVOR OF INDIVIDUAL ARBITRATION**

Plaintiff Brandy Acaley ("Plaintiff") and Defendant ecoATM, LLC ("Defendant"), by and through their respective attorneys, hereby bring this Stipulation to Stay Case in Favor of Arbitration. In support of this Stipulation, the Parties state as follows:

1. On January 5, 2021, Plaintiff filed, on behalf of herself and all others similarly situated, this putative class action in the Circuit Court of Cook County, Chancery Division, asserting violations of the Illinois Biometric Information Privacy Act ("BIPA"), 740 ILCS 14/1, *et seq*.

2. On February 11, 2021, Defendant removed this action to the United States District Court for the Northern District of Illinois, asserting jurisdiction under the Class Action Fairness Act of 2005, 28 U.S.C. §§ 1332(d) and 1453.

3. On April 21, 2021, Defendant filed its Motion to Compel Arbitration and Dismiss, or in the Alternative, Stay Claims, contending that, by assenting to Defendant's Terms & Conditions each time before she used Defendant's kiosks to recycle her electronic devices, Plaintiff agreed to arbitrate her claims against Defendant through individual, non-class arbitration.

4. On April 21, 2021, Defendant additionally filed its Rule 12(b)(6) Motion to Dismiss, arguing, should its Motion to Compel Arbitration be denied, that Plaintiff's Complaint should be dismissed because Plaintiff failed to adequately state a claim for violations of BIPA and that her claims are time-barred by a one-year statute of limitations.

5. After discussion between the Parties, and in accordance with the dispute resolution clause contained within Defendant's Terms & Conditions, the Parties stipulate and agree that this case should be stayed pending Plaintiff's submission of her claims to individual arbitration with JAMS.

6. The Parties further stipulate and agree to submit a joint status report regarding the status of the arbitration on September 3, 2021.

WHEREFORE, the Parties jointly ask the Court to stay this case pending individual arbitration with JAMS in accordance with the dispute resolution clause contained in Defendant's Terms & Conditions.

Date: June 4, 2021              Respectfully Submitted,

                                         /s/ Catherine T. Mitchell

Ryan F. Stephan
James B. Zouras
Catherine T. Mitchell
Paige L. Smith
**STEPHAN ZOURAS, LLP**
100 N. Riverside Plaza, Suite 2150
Chicago, IL 60606
312.233.1550
312.233.1560 *f*
rstephan@stephanzouras.com
jzouras@stephanzouras.com
cmitchell@stephanzouras.com
psmith@stephanzouras.com

**ATTORNEYS FOR PLAINTIFF**

 /s/ Nicola C. Menaldo

Nicola C. Menaldo
Anna Mouw Thompson
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
NMenaldo@perkinscoie.com
AnnaThompson@perkinscoie.com

Debra R. Bernard
Calvin Cohen
Perkins Coie LLP
131 S. Dearborn Street, Suite 1700
Chicago, IL 60603
Telephone: (312) 324-8400
Facsimile: (312) 324-9400
DBernard@perkinscoie.com
CCohen@perkinscoie.com

**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

  I, the attorney, hereby certify that on June 4, 2021, I filed the attached with the Clerk of the Court using the ECF system, which will send such filing to all attorneys of record.

                */s/ Catherine T. Mitchell*